UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE L. MOLINA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No: 1:14-cv-648

HON. JANET T. NEFF

## ORDER

In accordance with the Memorandum Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 26) are DENIED, and the Report and Recommendation of the Magistrate Judge (Dkt 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (Dkt 23) is GRANTED: Plaintiff is awarded fees of three thousand, five hundred and eighty-seven dollars and fifty cents ($3,587.50) pursuant to the Equal Access to Justice Act (EAJA). In light of the Supreme Court's decision in *Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010), the award of EAJA fees is made to Plaintiff as the prevailing party.

Dated:  March 10, 2017

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge